OPINION OF THE COURT
 

 Memorandum.
 

 The judgment appealed from and the Appellate Division order brought up for review should be affirmed for the reasons stated in the opinion of Justice David T. Gibbons at the Appellate Division.
 

 We note, however, that although it should generally be presumed that the Legislature has investigated and found sufficient facts to support the legislation, that presumption cannot be applied in a case such as this where the implementing legislation requires the local legislative body to first make a particular factual finding. In this case that finding was adequately made.
 

 
 *630
 
 Chief Judge Wachtler and Judges Meyer, Simons, Kaye, Alexander, Titone and Hancock, Jr., concur.
 

 Judgment appealed from and order of the Appellate Division brought up for review affirmed, with costs, in a memorandum.